"B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    ORDER

    - v. -                        :    12 Cr. 712

ROGER KEY,                        :
 a/k/a "Luchie,"
                                  :
              Defendant.
                                  :

- - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Adam Fee;

It is found that the Indictment in the above-captioned action, 12 Cr. 712, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, 12 Cr. 712, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
        September 19, 2012

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**GABRIEL W. GORENSTEIN**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 19 2012