

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 11, 2018

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States* **v.** *Roger Key.,* **12 Cr. 712 (SHS)**

Dear Judge Stein:

The Government writes to respectfully request an extension of time to respond to the petition for habeas relief in the above-captioned case. The reason for this request is that the undersigned is on leave until on or about November 13, 2018. Petitioner, who was convicted after a lengthy trial before this Court and sentenced to a mandatory term of life imprisonment, has raised several issues in his petition for relief. The other Assistant United States Attorneys who investigated and tried this case have left the Office. Accordingly, the Government requests a 60-day extension to commence on or about November 13, 2018. This is the Government's first request for an extension of time.

.

Respectfully Submitted,

GEOFFREY BERMAN
United States Attorney

By: _____/s/_____

Abigail Kurland
Assistant United States Attorney
212-637-2955

cc:     Roger Key (by certified mail)