```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,           :       12-Cr-712 (SHS)

-v-                                 :       ORDER

ROGER KEY,                          :

        Defendant.                   :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On November 4, 2020, the U.S. Court of Appeals for the Second Circuit granted defendant's motion to vacate his 18 U.S.C.§ 924(c) conviction and remanded this matter to this Court for resentencing [Doc. No. 698]. On December 1, 2020, defendant filed a motion for assignment of counsel [Doc. No. 703]. Accordingly,

    IT IS HEREBY ORDERED that

    1.    The CJA attorney on duty today, Aaron Mysliwiec, is appointed to represent the defendant pursuant to the Criminal Justice Act in connection with defendant's resentencing;

    2.    Defendant's supplemental resentencing submissions are due by February 19, 2021;

    3.    The government's response to the motion is due by March 12, 2021;

    4.    Any reply is due by March 19, 2021; and

    5.    Defendant's resentencing is scheduled for April 8, 2021, at 12:00 p.m.

Dated: New York, New York
       December 14, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.