

February 12, 2021

<u>VIA ECF</u>
The Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED, p. 2**

Re:   USA v. Roger Key, 12 Cr. 712 (SHS)

Dear Judge Stein:

This letter regards my appointed representation of the above captioned defendant.

On November 4, 2020, the U.S. Court of Appeals for the Second Circuit vacated Mr. Key's 18 U.S.C. Section 924(c) conviction and remanded the matter to this Court for resentencing. *See* Dkt. No. 698. On December 14, 2020, upon granting Mr. Key's *pro se* motion for assignment of CJA counsel, this Court appointed me to represent him at his upcoming resentencing. Mr. Key's supplemental resentencing submissions are currently due on February 19, 2021, with the Government's response due on March 12. *See* Dkt. No. 705.

I am writing to request an adjournment of the current schedule for resentencing submissions. I require more time to familiarize myself with the law and the facts, and to consult with my client. Specifically, I request that Mr. Key's resentencing submissions be due on March 19, 2021, with the Government's reply due on April 19, 2021.

The Government, through AUSA Abigail Kurland, indicated it has no objection to this request. This is my first request for an adjournment.

Thank you for the Court's consideration of this letter motion.

Respectfully submitted,

     /s/

Aaron Mysliwiec
*Attorney for Roger Key*

cc:   AUSA Abigail Kurland (via ECF)

**Defendant's sentencing submissions are due by March 19, 2021, the government's submissions are due by April 19, 2021. The sentencing is adjourned to May 10, 2021, at 11:00 a.m.**

**Dated: New York, New York
February 12, 2021**

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.