

**Miedel & Mysliwiec LLP**

**VIA ECF**

March 15, 2021

The Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED, p. 2**

Re:   *USA v. Roger Key, 12 Cr. 712 (SHS)*

Dear Judge Stein:

    This letter regards my appointed representation of the above-captioned defendant.

    On November 4, 2020, the U.S. Court of Appeals for the Second Circuit vacated Mr. Key's 18 U.S.C. Section 924(c) conviction and remanded the matter to this Court for resentencing. *See* Dkt. No. 698. On December 14, 2020, upon granting Mr. Key's *pro se* motion for assignment of CJA counsel, this Court appointed me to represent him at his upcoming resentencing. On February 12, 2021, at my request, the Court ordered that Mr. Key's sentencing submissions are due March 19, 2021, with the government's submissions due April 19, 2021. *See* Dkt. Nos. 705, 725.

    I am writing to request an adjournment of the current schedule for resentencing submissions. A recent death in my family due to COVID-19 significantly affected the amount of time I had available to complete this project in the additional month I had requested in February. Specifically, I request that Mr. Key's resentencing submissions be due on April 16, 2021, with the Government's reply due on May 14, 2021.

    The Government, through AUSA Abigail Kurland, indicated it has no objection to this request. This is my second request for an adjournment.

    Thank you for the Court's consideration of this letter motion.

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Roger Key*

cc:   AUSA Abigail Kurland (via ECF)

The request to extend the dates for resentencing submissions is granted. The resentencing is adjourned to May 21, 2021, at 11:00 a.m.

Dated: New York, New York
       March 15, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.