

**Miedel & Mysliwiec LLP**

**VIA ECF**
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

June 10, 2021

**MEMO ENDORSED**

Re:    *USA v. Roger Key*, **12 Cr. 712 (SHS)**

Dear Judge Stein:

This letter regards my appointed representation of the above-captioned Defendant. Mr. Key's resentencing is currently scheduled for September 20, 2021, with my submission due June 14 and the Government's submission due June 28. *See* ECF No. 739.

I write to request an adjournment of the current schedule for filing resentencing submissions. The reason for this request is that I recently sustained a torn Achilles tendon, and my treatment has required surgery and several doctor's appointments over approximately the past three weeks. This has reduced the amount of time I have been able to devote to Mr. Key's resentencing submission. Accordingly, I respectfully request that Mr. Key's and the Government's submission deadlines be adjourned by 14 days, or to a date after those two weeks that is convenient for the Court.

The Government, through AUSA Abigail Kurland, indicated it has no objection to this request.

Thank you for the Court's consideration of this letter motion.

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Roger Key*

cc:    AUSA Abigail Kurland (via ECF)

The defense resentencing submissions is due by June 28, 2021, the government submission is due by July 12, 2021.

Dated: New York, New York
       June 10, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.