

# Miedel & Mysliwiec LLP

September 15, 2021

**VIA ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

              Re:     *U.S. v. Roger Key*, **12 Cr. 712 (SHS)**

Dear Judge Stein:

       This letter regards my appointed representation of the above-captioned Defendant. Mr. Key's resentencing is currently scheduled for September 20, 2021.

       I write to request an adjournment of the current sentencing date to a date in late-October or a time thereafter that is convenient for the Court.[1] The reasons for this request are as follows:

1. Mr. Key recently raised some additional issues related to resentencing and asked for my counsel on them; and,

2. My time to review, research and counsel Mr. Key regarding these issues has been impacted by attending to some family matters relating to a family member recently diagnosed with a terminal illness, and by a CJA appointment on August 25, 2021 to *U.S. v. Aburekhanlen*, 19-CR-291-LAP, which is set for trial on October 19, 2021.

       I have contacted AUSA Abigail Kurland to obtain the government's position regarding this motion but have not yet received a response. Since the sentencing is scheduled for September 20th, I am filing the request now and will update the Court when the government has informed me of its position.

       Thank you for the Court's consideration of this letter motion.

*[Handwritten endorsement: 9/17/2021 Sentencing adjourned to October 25 at 9:30 A.M. So ordered. /s/ Sidney H. Stein]*

                                                               Respectfully submitted,

                                                               /s/

                                                             Aaron Mysliwiec
                                                             *Attorney for Roger Key*

---

[1] If the Court grants this adjournment request, I respectfully request that the matter not be adjourned to a Tuesday after 3:30 p.m. or a Friday after 1:00 p.m.