


**MEMO ENDORSED, p. 2**

October 20, 2021

**VIA ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Roger Key*, 12 Cr. 712 (SHS)

Dear Judge Stein:

This letter regards my appointed representation of Roger Key in the above-captioned case. Mr. Key's resentencing is currently scheduled for October 25, 2021.

I write respectfully to request an adjournment of the current resentencing date by approximately six weeks and to propose an agreed-upon supplemental briefing schedule for both Parties.[1] The reasons for this request are as follows:

1. Mr. Key has raised additional issues and questions related to resentencing and requested my counsel on them; and,

2. Both Parties anticipate filing supplemental resentencing submissions and request additional time to prepare any such submissions.

After conferring with AUSA Abigail Kurland, the Parties jointly propose that the defense's supplemental submission, if any, be due on or about November 17, 2021, with the government's response, if any, due on or about December 1, 2021, and the new resentencing date on or about December 6, 2021.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Roger Key*

cc:   AUSA Abigail Kurland (via ECF)

---

[1] Beginning December 13, I am scheduled to be involved in the trial of *United States v. Merced*, 19 Cr. 932 (ER). I am available at any point on December 6, 9:00 a.m. – 5:00 p.m. on December 7, and 9:00 a.m – 2:00 p.m. or 4:00 p.m. to 6:00 p.m. on December 9.

United States v. Roger Key, 12 Cr. 712 (SHS)

The sentencing is adjourned to December 23, 2021. Any defense supplemental submissions are due by December 2, any government supplemental submissions are due by December 9, 2021.

Dated: New York, New York
      October 21, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.