UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 12-Cr-712 (SHS) |
| -v- | : | <u>ORDER</u> |
| ROGER KEY, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the resentencing of defendant is adjourned from January 26, 2022, to February 4, 2022, at 10:30 a.m.

Dated: New York, New York
       January 25, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.