UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :       12-Cr-712 (SHS)

         -v-                                                    :       ORDER

ROGER KEY,                                             :

         Defendant.                              :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the resentencing of defendant is adjourned from February 4, 2022, to February 8, 2022, at 9:30 a.m., in Courtroom 23A.

Dated: New York, New York
       February 4, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.