UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 12-cr-712 (SHS) |
| -v- | : | |
| ROGER KEY, | : | <u>ORDER</u> |
| Defendant. | : | |

----------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

In response to defendant's letter to the Court filed on October 21, 2024 [Doc. No. 811],

IT IS HEREBY ORDERED that:

1. The Court is enclosing with this Order the government's response in opposition to defendant's motion to vacate, and

2. The defendant shall have until December 13, 2024, to file his reply to the government's opposition.

Dated: New York, New York
October 22, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.