UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 12-cr-712 (SHS) |
| -v- | : | |
| ROGER KEY, | : | <u>ORDER</u> |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

In response to defendant's letter to the Court filed on October 29, 2024 [Doc. No. 813],

IT IS HEREBY ORDERED that:

1. The Court is enclosing with this Order another copy of the government's response in opposition to defendant's motion to vacate. A copy of the response was mailed to defendant on October 22, 2024, in response to his letter to the Court dated October 21, 2024, and

2. The defendant's time to file his reply to the government's opposition is extended to December 20, 2024.

Dated: New York, New York
       November 12, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.