UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ROGER KEY

              Defendant.

12-cr-712 (SHS)

24-cv-4956 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of defendant's letter dated November 22, 2024, which requests an extension of the deadline to file his reply to the government's opposition to his motion to vacate his sentence under 28 U.S.C. § 2255, in light of recent circumstances in defendant's correctional facility. The defendant's time to file his reply to the government's opposition is hereby extended to February 14, 2025.

    The Clerk of Court is directed to mail a copy of this Order to Roger Key (#43656-054), USP Coleman I, U.S. Penitentiary, P.O. Box 1033, Coleman, FL 33521.

Dated: New York, New York
       November 27, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.